**FILED**

OCT 13 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JASON HAGBERG et al, )<br>)<br>Defendants. )<br>) | No. CR-10-00012 EJD<br><br>[PROPOSED] ORDER TO MODIFY TRAVEL RESTRICTION AND RELEASE PASSPORT<br><br>The Hon. Howard R. Lloyd |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the Order Setting Conditions of Release and Appearance Bond, issued December 18, 2009, shall be modified to permit Mr. Zamora to recover the United States passport he previously surrendered to the Clerk of Court and to travel from the Northern District of California to Mexico City, Mexico, from October 21, 2011, to December 10, 2011, in the course and scope of his employment.

It is further ordered that Mr. Zamora shall provide his travel itinerary and local contact information prior to his departure from this District and report by telephone as directed during his absence and upon his return.

///

///

[Proposed] Order to Modify Travel Restriction
and Release Passport                                   1

1     All other conditions remain in full force and effect.

2

3

4   Dated: October 13, 2011

5

6                                 THE HON. HOWARD R. LLOYD
                                  United States Magistrate Judge

[Proposed] Order to Modify Travel Restriction and Release Passport     2