IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00012 EJD |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| vs. | ) ) | |
| JASON HAGBERG et al, | ) ) | |
| Defendants. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing for defendant David Zamora, currently scheduled for Monday, November 28, 2011, shall be continued to Monday, January 30, 2012, at 1:30 p.m.

Dated: October 21, 2011

_____
THE HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order to Continue Sentencing Hearing
CR 10-00021 EJD                                    1