IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00012 EJD |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING DEFENDANT ZAMORA'S *EX PARTE* APPLICATION FOR RETURN OF PASSPORT |
| vs. | ) | |
| JASON HAGBERG, et al., | ) | |
| Defendants. | ) | |

Good cause appearing, it is hereby ordered that United States Pretrial Services shall release to defendant David Zamora the United States passport he surrendered pursuant to the Order Setting Conditions of Release and Appearance Bond issued December 18, 2009.

Dated: February 26, 2013

_____
HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order Granting Return of Passport           1